UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Century 21 Department Stores LLC, 66 Pearl Retail, LLC, 66 Pearl Retail II, LLC, 66 Pearl Retail ISG, LLC, 173 Bway Blue LLC, 262 Mott Blue TIC LLC, 444 86 BLUE LLC, MIAMI DD 101 BLUE LLC, 28 NEWBURY JSRE TIC LLC, TRUE BLUE ASSOCIATES LLC, STAR OF DAVID, IRAYMOND-77 WARREN LLC, SABRA ASSOCIATES LLC, 315 SEVENTH RETAIL LLC, WEBWAY ASSOCIATES LLC, AND CENTURY 21 INC.<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>STARR SURPLUS LINES INSURANCE CO., ALLIANZ GLOBAL RISKS US INSURANCE CO., AXIS SURPLUS LINES INSURANCE CO., LIBERTY MUTUAL FIRE INSURANCE CO., STEADFAST INSURANCE CO., ENDURANCE AMERICAN SPECIALTY INSURANCE CO., EVANSTAN INSURANCE CO., LANDMARK AMERICAN INSURANCE CO., and CERTAIN UNDERWRITERS AT LLOYDS SUBSCRIBING TO POLICY Nos. PG1902704, PG1902346, PG1902696, PG1902698, PG1902707, PG1902702, and PG1902712<br><br>　　　　　　　　　　　Defendants. | Case No. 20-cv-<br><br>**Removed from the New York State Supreme Court, New York County, Index No. 652975/2020** |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned Attorney of Record for Plaintiff Century 21 Department Stores LLC, certifies as follows:

1. Century 21, Inc., which is one hundred percent (100%) owned solely by individuals, owns one percent (1%) of the total membership interests, which comprise one hundred percent (100%) of the voting rights, of C21 Department Stores Holdings LLC ("**C21 Holdings**"). Ninety-nine percent (99%) of the total membership

interests, which have no voting rights, of C21 Holdings are owned by individuals and family trusts.

2. C21 Holdings owns one hundred percent (100%) of the membership interests in Plaintiff Century 21 Department Stores LLC.

3. No publicly held corporation owns 10% or more of Century 21 Department Stores LLC stock.

Dated: September 10, 2020
       New York, New York

Respectfully submitted,

/s/ *Steve Y. Ma*

Steve Y. Ma
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 557-2900
Facsimile: (310) 557-2193